**JS−6**

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY BOUYER<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>VICTORY SEVEN, LLC , et al.<br><br>　　　　Defendant(s). | CASE NO:<br>2:21−cv−01636−FMO−PLA<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

　　Having been advised by counsel that the above−entitled action has been settled, IT IS ORDERED that the above−captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within 45 **days from the filing date of this Order**, to re−open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

　　**IT IS SO ORDERED.**

DATED: April 19, 2021　　　　　　　　　 /s/ *Fernando M. Olguin*
　　　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　　　　　United States District Judge